UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                  :

VICTOR FRANCISCO ARZU NORALES,      :

                             :

                  Plaintiff,       :           25-CV-8073 (JAV)

                             :

        -v-                       :           <u>ORDER</u>

                             :

PAMELA BONDI, et al.,              :

                             :

                  Defendants.     :
---------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff has sought certificates of default against the federal Defendants in this pending mandamus action.

      The defendants in this case are all federal officers sued in their official capacities, including United States Secretary of State Mario Rubio, United States Attorney General Pamela Bondi, and Secretary of the Department of Homeland Security Kristi Noem.  Plaintiff alleges that his application for naturalization has been inordinately delayed, and that he is entitled to U.S. citizenship as a matter of law.

      The Complaint in this case was filed with the Court on October 6, 2025, *see* ECF No. 2, and Plaintiff filed certificates of service on December 10, 2025.  ECF Nos. 14-16.  Those certificates of service did not indicate that the Complaint was served on the United States Attorney's Office for the Southern District of New York ("USAO") either through personal delivery or certified or registered mail, and by registered or certified mail on the Office of the Attorney General, as is required under Rule 4(i) of the Federal Rules of Civil Procedure. Plaintiff has sought certificates of default in this case, however, and in connection with that application, has now filed a certificate of service indicating that the Complaint was serviced on

the USAO on October 10, 2025.  ECF No. 27.

Earlier today, counsel for the Government notified the Court that the USAO has not been properly served, and that the mailing that purportedly was sent to the USAO in October was instead directed to the United States Courthouse at 40 Foley Square.  ECF No. 29.

Accordingly, by **March 30, 2026,** Plaintiff is directed to either file proof of service on the docket, or if Plaintiff believes that Defendants have been served, when and in what manner such service was made.

If the Court does not receive any communication from Plaintiff by **March 30, 2026**, the Court will dismiss the case without further notice pursuant to Rule 4(m).

SO ORDERED.

Dated: March 16, 2026
　　　　New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2