UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                         :

VICTOR FRANCISCO ARZU NORALES,       :
                         :

            Plaintiff,          :

                         :            25-CV-8073 (JAV)

       -v-                   :

                         :             <u>ORDER</u>

PAMELA BONDI, et al.,                :

                         :

           Defendants.       :

                         :
---------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff has sought certificates of default against the federal Defendants in this pending mandamus action. Defendants in this case are or were all federal officers sued in their official capacities, including United States Secretary of State Marco Rubio, United States Attorney General Pamela Bondi, and Secretary of the Department of Homeland Security Kristi Noem. Plaintiff alleges that his application for naturalization has been inordinately delayed, and that he is entitled to U.S. citizenship as a matter of law.

The Complaint in this case was filed with the Court on October 6, 2025, *see* ECF No. 2, and Plaintiff filed certificates of service on December 10, 2025. ECF Nos. 14-16. Those certificates of service did not indicate that the Complaint was served on the United States Attorney's Office for the Southern District of New York ("USAO") either through personal delivery or certified or registered mail, and by registered or certified mail on the Office of the Attorney General, as is required under Rule 4(i) of the Federal Rules of Civil Procedure. Plaintiff has sought certificates of default in this case, however, and in connection with that application, has now filed a certificate of service indicating that the Complaint was serviced on

the USAO on October 10, 2025.  ECF No. 27.

On March 16, 2026, counsel for the Government notified the Court that the USAO had not been properly served, and that the mailing that purportedly was sent to the USAO in October was instead directed to the United States Courthouse at 40 Foley Square.  ECF No. 29.

On March 27, 2026, Plaintiff filed three identical Affirmations of Service indicating that Stephen Rosina, Pamela Bondi, Joseph Edlow, Kristi Noem, and Marco Rubio had been served on various days in October or November of 2025.  ECF Nos. 31-33.  In those same documents, however, Plaintiff also indicated that the Assistant U.S. Attorney for the Southern District of New York was defectively served because the mailing was erroneously addressed to 40 Foley Square, New York, NY, and delivered on October 10, 2025, at 1:12pm.  *Id.*

Accordingly, it is hereby **ORDERED** that Plaintiff communicate with the Court, in writing, as to why Plaintiff has failed to serve the summons and Complaint upon the Assistant U.S. Attorney for the Southern District of New York within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that the Assistant U.S. Attorney for the Southern District of New York has been served, when and in what manner such service was made.

If the Court does not receive any communication from Plaintiff by **April 23, 2026**, showing good cause why such service was not made within the 90 days, the Court will dismiss the case without further notice.

SO ORDERED.

Dated:  April 17, 2026
      New York, New York

                           JEANNETTE A. VARGAS
                           United States District Judge

2