

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 2, 2026

**<u>Via ECF</u>**
Honorable Jeannette Vargas
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:    ***Victor Francisco Arzu Norales v. Pamela Bondi, et. al, 25 Civ. 8073 (JAV)***

Dear Judge Vargas:

This Office represents the defendants (the "Government") in this action brought by Victor Francisco Arzu Norales ("Plaintiff") in which he seeks a *de novo* determination of his citizenship following the denial of his application for a U.S. passport by the Department of State and the denial of his Application for a Certificate of Citizenship (N-600) by U.S. Citizenship and Immigration Services ("USCIS"). The Court scheduled an initial pretrial conference in this case for June 9, 2026, and directed the parties to submit a joint letter and proposed case management plan by June 2, 2026. ECF No. 17. I write respectfully to jointly request with Plaintiff that the Court adjourn the initial pretrial conference scheduled for June 9 *sine die*, as well as the associated deadline for the parties to submit a joint letter and proposed case management plan.

I also respectfully request a 30-day extension of time to file the Government's response. I need additional time to obtain information from both the State Department and USCIS, and such information is needed for this Office to determine its litigation position and how to respond to the complaint. Lastly, the parties would like additional time to discuss whether this matter can be resolved without further litigation.

Postponing the initial conference until after the Government obtains more information from the relevant agencies, and after the filing of the Government's response, will allow the parties to determine whether any disputes remain and will also conserve judicial and party resources. This is the first request for an adjournment of the case management conference and associated deadlines, and as noted, this is a joint request from all parties. This is also the Government's first request for an extension of time since this Office was served with the complaint.

We thank the Court for its consideration of these requests, and I apologize that this request is being filed on the deadline for the parties to submit pre-conference papers.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     /s/ Erica Silverman
        Erica Silverman
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2696
        E-mail: erica.silverman @usdoj.gov
        *Attorney for Defendants*

cc: Plaintiff's counsel (via ECF)

The Government's request for an extension of time to respond to the complaint is GRANTED. The deadline to respond to the complaint is set for July 27, 2026. The Initial Pretrial Conference previously set for June 9, 2026 is adjourned to September 10, 2026 at 12:00 pm. The joint letter, as described in ECF No. 17, well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, are due by September 3, 2026.

SO ORDERED.

JEANNETTE A. VARGAS
United States District Court

Dated: June 2, 2026